UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK U.S. DISTRICT COURT
FILED

UNITED STATES OF AMERICA,

2022 DEC 13 ⊐ 12: 29

         Plaintiff,

v.

PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"
ROY HENTON, a/k/a "Pops,"
JOATHAN I. COLULA,
JULIO BARRAZA,
DEONTE EDWARDS,
JIMMY GONZALEZ-MACIAS, a/k/a "JIMMY MACIAS,"
JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"
MICHAEL O. WILLIAMS,
JOELLE MASSEY,
KEVIN NELSON,
RAMONA FRYER,
CARLA SMITH,
ITZEL CRUZ-GONZALEZ,
DOMINIQUE LEWIS, and
BETTY J. DANIELS,

         Defendants.

Case No. 22-CR-26 (PP)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A),
841(b)(1)(B), 841(b)(1)(C), & 846;
18 U.S.C. §§ 924(c)(1)(A)(i),
924(c)(1)(B)(ii), 922(g)(1),
924(a)(8), 922(o), 1956(h), and 2(a)]

---

**SUPERSEDING INDICTMENT**

---

## <u>COUNT ONE</u>

**THE GRAND JURY CHARGES THAT:**

1.      Beginning by at least June 2020, and continuing until on or about November

29, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**
**ROY HENTON, a/k/a "Pops,"**

1

**JOATHAN I. COLULA,**
**JULIO BARRAZA,**
**DEONTE EDWARDS,**
**JIMMY GONZALEZ-MACIAS, a/k/a "JIMMY MACIAS,"**
**JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"**
**MICHAEL O. WILLIAMS,**
**JOELLE MASSEY,**
**KEVIN NELSON,**
**RAMONA FRYER,**
**CARLA SMITH, and**
**ITZEL CRUZ-GONZALEZ**

knowingly and intentionally conspired with each other, and with other persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The amount involved in the conspiracy attributable to each defendant as a result of his and her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him and her, is 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

3

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about June 2020 through November 29, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**
**ROY HENTON, a/k/a "Pops,"**
**JOATHAN I. COLULA,**
**DEONTE EDWARDS,**
**JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"**
**JOELLE MASSEY,**
**RAMONA FRYER, and**
**BETTY J. DANIELS**

knowingly combined, conspired, and agreed with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking as charged in Count One, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

4

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT**:

1.     On or about January 5, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and
JOELLE S. MASSEY**

knowingly and intentionally possessed with intent to distribute controlled substances.

2.     The offense involved 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(D), and Title 18, United States Code, Section 2(a).

5

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about July 26, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and
ROY HENTON, a/k/a "Pops,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

6

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about August 24, 2022, in the State and Eastern District of Wisconsin,

## DOMINIQUE LEWIS

knowingly and intentionally possessed with intent to distribute controlled substances.

2.     The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2022, in the State and Eastern District of Wisconsin,

### DOMINIQUE LEWIS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in

Count Five of this Indictment, namely: a Glock, model 23, 40 caliber handgun, bearing

serial number TDC867, with a machine-gun conversion device.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and

924(c)(1)(B)(ii).

8

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2022, in the State and Eastern District of Wisconsin,

**DOMINIQUE LEWIS**

knowingly possessed a machinegun, that is, a Glock, model 23, 40 caliber handgun, bearing serial number TDC867, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(8).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about September 20, 2022, in the State and Eastern District of Wisconsin,

### PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.     The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

10

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"

knowingly and intentionally possessed with intent to distribute controlled substances.

2.      The offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

knowingly possessed six firearms in furtherance of the drug trafficking offenses charged

in Counts One and Nine of this Indictment, namely:

1. a Kel-Tec CMR-30 .22 caliber semi-automatic rifle, bearing serial number Y9872;

2. a Kel-Tec 12 gauge shotgun, bearing serial number 5MG1638;

3. a Walther/Waffenfabrik .22 caliber semi-automatic handgun, bearing serial number serial number WA028699;

4. a Whitney .22 caliber semi-automatic handgun, bearing serial number WW1809;

5. a Smith and Wesson .357 caliber revolver, bearing serial number N514187; and

6. a CMMG 9mm semi-automatic rifle, bearing serial number 5MG1638.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

12

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed six firearms that, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearms are more particularly described as follows:

    a.  a Kel-Tec CMR-30 .22 caliber semi-automatic rifle, bearing serial number Y9872;

    b.  a Kel-Tec 12 gauge shotgun, bearing serial number 5MG1638;

    c.  a Walther/Waffenfabrik .22 caliber semi-automatic handgun, bearing serial number serial number WA028699;

    d.  a Whitney .22 caliber semi-automatic handgun, bearing serial number WW1809;

    e.  a Smith and Wesson .357 caliber revolver, bearing serial number N514187; and

    f.  a CMMG 9mm semi-automatic rifle, bearing serial number 5MG1638.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.      The offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT**:

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### ROY HENTON

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.      The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

## ROY HENTON

knowingly possessed five firearms in furtherance of the drug trafficking offenses charged

in Count One and Count Thirteen of this Indictment, namely:

1. a Smith and Wesson .38 special revolver, bearing serial number DJD8402 638-3;

2. a Glock Gen 5 9mm semi-automatic handgun, bearing serial number BNMX283;

3. a Smith and Wesson M&P AR-15 semi-automatic rifle, bearing serial number TM95970;

4. an AKKAR Model 612 Churchill 12 gauge shotgun, bearing serial number 20037623; and

5. a CZ-75 P-07 9mm semi-automatic handgun, bearing serial number A827536.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**KEVIN NELSON**

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### KEVIN NELSON

knowingly possessed two firearms in furtherance of the drug trafficking offenses charged

in Counts One and Fifteen of this Indictment, namely:

1. a Taurus G2C 9mm semi-automatic handgun, bearing serial number ACG988949; and

2. a Taurus G3C 9mm semi-automatic handgun, bearing serial number ACG044869.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**KEVIN NELSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms that, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.    The firearms are more particularly described as follows:

   a.   a Taurus G2C 9mm semi-automatic handgun, bearing serial number ACG988949; and

   b.   a Taurus G3C 9mm semi-automatic handgun, bearing serial number ACG044869.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

19

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### MICHAEL O. WILLIAMS

knowingly possessed two firearms in furtherance of the drug trafficking offense charged

in Count One of this Indictment, namely:

1. a P80 9 mm handgun, bearing no serial number; and

2. a Remington RM 380 pistol, bearing serial number RM063414C.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment, namely: a Glock 22 .40 caliber, bearing serial number GBA611.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### JIMMY GONZALEZ-MACIAS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment, namely: a Glock 26 firearm, bearing serial number BTSP331, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

# FORFEITURE NOTICE

1.      Upon conviction of one or more offenses in violation of Title 21, United States Code, Sections 841 and 846, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to the following:

a.      Approximately $48,072 in United States currency seized from 96xx West Bradley Road, Apt. 203, Milwaukee, Wisconsin, on or about November 29, 2022;

b.      Approximately $29,781 in United States currency seized from 45xx North 37th Street, Wisconsin, on or about November 29, 2022;

c.      Approximately $9,349 in United States currency seized from 2xx Linden Court, Apt. A, Lomira, Wisconsin, on or about November 29, 2022;

d.      Approximately $9,010 in United States currency seized from 10xx Des Plaines Avenue, Apt. 308, Forest Park, Illinois, on or about November 29, 2022;

e.      Approximately $154,379 in United States currency seized from 34xx 83rd Avenue N, Brooklyn Park, Minnesota, on or about November 29, 2022;

f.      Approximately $6,043 in United States currency seized from 22xx Skillman Avenue E, #207, North St. Paul, Minnesota;

g.      Approximately $105,002 in United States currency seized from a checked luggage item traveling American Airlines Flights 1270 and 2311, in Phoenix Sky Harbor International Airport, on or about July 25, 2022;

h.      Approximately $45,448 in U.S. currency seized from 87xx N. Deerwood Drive, Brown Deer, Wisconsin, on or about January 5, 2022;

i.   a black 2016 GMC Yukon bearing VIN# of 1GKS2CKJ8GR395730, owned by PHILLIP DANIELS, SR., and seized on or about November 29, 2022;

j.   a red 2014 Chevrolet Camaro bearing VIN# of 2G1FB1E35E9150706, owned by JOELLE MASSEY, and seized on or about November 29, 2022;

k.   a blue 2021 Dodge Durango SRT bearing VIN# of 1C4SDJH94MC981766, owned by New Generation Investments LLC, seized on or about November 29, 2022;

l.   a silver 2017 Ford Explorer bearing VIN# 1FM5K7D888HGA97956, owned by JAMEEL BRADLEY, SR., and seized on or about November 29, 2022;

m.   approximately $7,217.94 in United States currency seized from BMO Harris Bank Account ending in x4242, in the name of First Response Supportive Care Agency;

n.   approximately $51,100.80 in United States currency seized from BMO Harris Bank Account ending in x6721, in the name of First Response Supportive Care Agency;

o.   approximately $866.49 in United States currency seized from BMO Harris Bank Account ending in x1119, in the name of Betty Daniels and Phillip Daniels;

p.   approximately $70 in United States currency seized from BMO Harris Bank Account ending in x4277, in the name of Betty Daniels;

q.   approximately $885.21 in United States currency seized from Chase Bank Account ending in x8205, in the name of Intelligent Investments;

r.   approximately $1,001.50 in United States currency seized from Chase Bank Account ending in x9319, in the name of Tier One Records;

s.   approximately $72.75 in United States currency seized from Educators Credit Union Account ending in x13_08, in the name of A Touch of Love Supportive Care Agency/The Perfect Choice Supportive Care Agency;

t.   approximately $5.00 in United States currency seized from Educators Credit Union Account ending in x13_00, in the name of A Touch of Love Supportive Care Agency/The Perfect Choice Supportive Care Agency;

u.    A money judgment in the amount of proceeds the defendants obtained, directly or indirectly, as a result of the offense or offenses of conviction.

2.    If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

Dated: 12-13-22

GREGORY J. HAANSTAD
United States Attorney